UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JAMES E. HULLVERSON, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:12-CV-00144-JAR |
| ) | |
| JOHN E. HULLVERSON, et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

This matter came before the Court for hearing on Defendants' Motion for Protective Order [ECF No. 30] on December 7, 2012. In accordance with proceedings on the record,

**IT IS HEREBY ORDERED** that Defendants' Motion for Protective Order [30] is **GRANTED** in part. Plaintiff shall desist from any harassing or threatening contact with any witness or potential witness in this case.

**IT IS FURTHER ORDERED** that Plaintiff's discovery requests are deemed withdrawn, and the Court grants Plaintiff leave to refile his Requests for Admissions, Requests for Production and any Interrogatories within seven (7) days of the date of this Order. Defendants shall timely respond to Plaintiff's discovery requests within thirty (30) days after being served.

**IT IS FURTHER ORDERED** that in all other respects, Defendants' Motion for Protective Order [30] is **DENIED** without prejudice**.**

**IT IS FURTHER ORDERED** that the deadline for Plaintiff to disclose expert witnesses and reports required by Rule 26(a)(2), Fed.R.Civ.P., shall be extended from December 17, 2012 to January 17, 2013. The deadline for Plaintiff to make expert witnesses available for depositions, and have depositions completed, shall be extended from January 7, 2013 to

February 4, 2013. The deadline for Defendants to disclose expert witnesses and reports shall be extended from January 22, 2013 to February 12, 2013. The deadline for Defendants to make expert witnesses available for depositions, and have depositions completed, shall be extended from February 8, 2013 to February 25, 2013.

**IT IS FURTHER ORDERED** that the Court will schedule a status conference with counsel to discuss dispositive motion deadlines and the trial setting.

**IT IS FURTHER ORDERED** that the Court's Order referring this case to alternative dispute resolution remains unchanged.

Dated this 7th day of December, 2012.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE